IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.R. SCHROEDER, INC. DBA DIXON POLARIS, | ) |
| | ) 2:10-cv-01466-GEB-KJM |
| Plaintiff, | ) |
| | ) STATUS (PRETRIAL SCHEDULING) |
| v. | ) ORDER |
| | ) |
| JOHN VINCENT TROTTER; NATIONAL PUBLIC AUCTION LLC; THE AUCTION CONNECTION, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

        Plaintiff states in its status report filed October 7, 2010, "All parties have been served in the action, but no parties have appeared. . . . Plaintiff will prepare and submit its request for entry of default and request for entry of default judgment." (ECF No. 6, 1:26, 2:16-17.)

        Plaintiff shall file a motion for entry of default judgment within thirty days of the date this Order is filed. Further, the status conference scheduled for October 18, 2010, is continued to February 14, 2011, at 9:00 a.m.

        A status report shall be filed fourteen (14) days prior to the status conference in which Plaintiff is required to explain the status

of the default proceedings or show why the matter should not be dismissed for failure to prosecute.

            IT IS SO ORDERED.

Dated:  October 12, 2010

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge