IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
S.R. SCHROEDER, INC. DBA DIXON    )
POLARIS,                           )    2:10-cv-01466-GEB-KJN
                                   )
              Plaintiff,           )
                                   )    ORDER
         v.                        )
                                   )
JOHN VINCENT TROTTER; NATIONAL    )
PUBLIC AUCTION LLC; THE AUCTION   )
CONNECTION,                        )
                                   )
              Defendants.          )
_____   )
```

In light of the "Notice of Settlement of Defendants' Motion to Dismiss or, Alternatively, Transfer Venue" filed by Plaintiff on March 7, 2011 (ECF No. 15), Defendants' Motion to Dismiss or, Alternatively, Transfer Venue (ECF No. 14), which is set for hearing on March 21, 2011, is deemed withdrawn.

Dated:  March 9, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge